IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GRANVILLE SCRUGGS, II**

    *Plaintiff*,

v.                                      Case No.: 4:23cv301-MW/MAF

**TRAVELERS,**

    *Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Plaintiff's objections, ECF No. 30.

Plaintiff raises several objections, but none help his claim. Plaintiff points to several purported inconsistencies in the record which, in his view, demonstrate that the Magistrate Judge is biased. ECF No. 30 at 1–2. None of these allegations, however, refute the Magistrate Judge's well-reasoned conclusion that Plaintiff is not entitled to a judgment on the pleadings because Defendant timely responded to his complaint with a motion pursuant to Federal Rule of Civil Procedure 12—not a pleading as defined by Rule 7.[1] Accordingly,

---

[1] If Plaintiff believes that the Magistrate Judge in this case is so biased as to merit recusal, Plaintiff should file a motion to that effect. The allegations Plaintiff raises in his objections,

**IT IS ORDERED**:

1. Plaintiff's motion for judgment on the pleadings, ECF No. 28, is **DENIED**.

2. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on November 3, 2023.**

s/Mark E. Walker                    
**Chief United States District Judge**

---

however, do not address the defects in his motion for judgment on the pleadings as set out in the Report and Recommendation.